**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly situated,<br><br>              *Plaintiff*,<br><br>   v.<br><br>COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts limited liability company, and DMB FINANCIAL, LLC, a Massachusetts limited liability company,<br><br>              *Defendants*. | Case No. 1:19-cv-10408-NMG |

**MOTION FOR PRO HAC VICE ADMISSION OF STEVEN L. WOODROW**

Pursuant to Local Rule 83.5.3, the undersigned counsel, J. Steven Foley, hereby moves the Court to enter an Order granting leave to Steven L. Woodrow to appear *pro hac vice* on behalf of Plaintiff Keith Hobbs ("Plaintiff" or "Hobbs") and the alleged class in the above-captioned action. In support of this Motion, the undersigned states as follows:

1. Steven L. Woodrow has been a member in good standing of the bar of the State of Illinois since 2005 and of the State of Colorado since 2011. Mr. Woodrow is also a member in good standing of the following courts: U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Western District of Michigan, U.S. District Court for the District of New Mexico, and U.S. District Court for the Western District of Wisconsin.

2. There are no disciplinary proceedings pending against Mr. Woodrow in any jurisdiction.

3. Mr. Woodrow has represented that he has reviewed and is familiar with the Local Rules of this Court.

4. Mr. Woodrow has drafted and submitted a *Certification for Admission Pro Hac Vice*, as required.

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

Counsel for Plaintiff has conferred with counsel for the Defendants and has been advised that Defendants do not oppose the relief sought.

Respectfully submitted,

Dated: April 23, 2019         By: __/s/ J. Steven Foley____
                              One of Plaintiff's Attorneys

                  J. Steven Foley
                  jsteven@attorneyfoley.com
                  Law Office of J. Steven Foley
                  11 Pleasant St. #100
                  Worcester, MA 01609
                  Phone: (508) 754-1041
                  Fax: (508) 739-4051

                  Steven L. Woodrow*
                  Woodrow & Peluso, LLC
                  3900 E. Mexico Avenue, Suite 300
                  Denver, CO 80210
                  Phone: (720) 213-0675
                  Email: swoodrow@woodrowpeluso.com

                  *Seeking *pro hac vice* admission

## **CERTIFICATE OF SERVICE**

I hereby certify that the above papers were filed through the Court's ECF system, which will serve the papers electronically to all counsel of record.

                                                                /s/ J. Steven Foley