**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts limited liability company, and DMB FINANCIAL, LLC, a Massachusetts limited liability company,<br><br>*Defendants.* | Case No. 1:19-cv-10408-NMG |

**STEVEN L. WOODROW CERTIFICATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5.3, I, Steven L. Woodrow, certify as follows:

1. I am a partner of the law firm Woodrow & Peluso, LLC, located at 3900 E. Mexico Ave., Suite 300, Denver, Colorado 80210.

2. I am a member in good standing of the following courts:

   - Supreme Court of Colorado – Admitted 5/11/2011
   - Supreme Court of Illinois – Admitted 11/10/2005
   - U.S. Court of Appeals for the Seventh Circuit – Admitted 3/28/2011
   - U.S. Court of Appeals for the Ninth Circuit – Admitted 9/19/2012
   - U.S. District Court for the District of Colorado – Admitted 9/7/2011
   - U.S. District Court for the Northern District of Illinois – Admitted 1/12/2006
   - U.S. District Court for the Eastern District of Michigan – Admitted 6/30/2010
   - U.S. District Court for the Western District of Michigan – Admitted 4/8/2013
   - U.S. District Court for the Western District of Wisconsin – Admitted 6/15/2016
   - U.S. District Court for the District of New Mexico – Admitted 6/20/2016

3. I have reviewed and am familiar with the Local Rules of this Court.

4. I have not previously had a *pro hac vice* admission to this court revoked for misconduct.

5.       There are no disciplinary proceedings against me in any jurisdiction.

6.       I am familiar with the factual and legal issues in this case.

I hereby certify that the above is true and correct to the best of my knowledge.


Dated: March 25, 2019                By: /s/ Steven L. Woodrow