## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KEITH HOBBS, individually and on behalf
of all others similarly situated,

           *Plaintiff,*

    v.

COMMONWEALTH SERVICING
GROUP, LLC, a Massachusetts limited
liability company, and DMB FINANCIAL,
LLC, a Massachusetts limited liability
company,

           *Defendants.*

Case No. 19-cv-10408-NMG

**JOINT MOTION FOR COUNSEL TO
APPEAR TELEPHONICALLY AT
SCHEDULING CONFERENCE**

Plaintiff Keith Hobbs and Defendants Commonwealth Servicing Group, LLC and DMB Financial LLC ("Defendants" or "Commonwealth") being in agreement, respectfully request that the Court permit counsel for the Parties to appear telephonically at the Scheduling Conference scheduled for June 19, 2019. The grounds for the relief are set forth below.

1.      Counsel for Plaintiff, Woodrow & Peluso, LLC, work and reside in Denver, Colorado. Thus, significant expense would be saved if counsel were permitted to appear telephonically at the Scheduling Conference.

2.      Counsel for Defendant, Daniel Ruggiero, will be in Massachusetts on June 19, 2019. However, he will have to travel six hours round trip to attend the Scheduling Conference. Thus, significant time and expense would be saved if counsel were permitted to appear telephonically at the Scheduling Conference.

The Parties therefore respectfully request that the Court permit their counsel to appear telephonically at Scheduling Conference on June 19, 2019.

June 10, 2019                                    Respectfully submitted,

                                                s/ Taylor T. Smith
                                                Steven L. Woodrow*
                                                swoodrow@woodrowpeluso.com
                                                Taylor T. Smith*
                                                tsmith@woodrowpeluso.com
                                                Woodrow & Peluso, LLC
                                                3900 East Mexico Ave., Ste. 300
                                                Denver, Colorado 80210
                                                Tel: 720-213-0675

                                                *pro hac vice
                                                Attorneys for Plaintiff

                                                s/ Daniel G. Ruggiero
                                                Daniel Ruggiero
                                                275 Grove Street, Suite 2-400
                                                Newton, MA 02466
                                                339-237-0343
                                                druggieroesq@gmail.com

                                                Attorneys for Defendant

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 10, 2019, I served copies of the foregoing papers on all counsel of record by filing such papers with the Court using the Court's electronic filing system.

*<u>s/ Taylor T. Smith</u>*