# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH HOBBS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts limited liability company, and DMB FINANCIAL, LLC, a Massachusetts limited liability company,<br><br>*Defendants.* | Case No. 19-CV-10408-NMG<br><br>**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION** |

Plaintiff Keith Hobbs ("Plaintiff" or "Hobbs") and his counsel affirm that they have conferred regarding:

(a) Establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and

(b) Resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: 6/19/19

_____
Keith Hobbs

Dated: 6/20/19

_____
Steven L. Woodrow

1