IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH HOBBS, individually and on behalf of all others similarly situated,

   Plaintiff,

v.

COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts limited liability company, and DMB FINANCIAL, LLC, a Massachusetts limited liability company,

   Defendants.

Case No. 19-cv-10408-NMG

Defendant, DMB Financial, LLC affirms, pursuant to Local Rule 16.1(D)(3), the following:

That DMB Financial, LLC has conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Representative of DMB Financial, LLC

_____
Daniel Ruggiero, counsel for the Defendants

RESPECTFULLY SUBMITTED

By: /s/ Daniel G. Ruggiero
Daniel G. Ruggiero, Esq.
275 Grove Street
Suite 2-400
Newton, MA 02466
339-237-0343
druggieroesq@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___6/20/19___, a true and correct copy of the foregoing was served upon all counsel and parties of record listed below by e-mail and U.S. first class mail.

/s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.

## SERVICE LIST

J. Steven Foley
Law Office of J. Steven Foley
11 Pleasant St. #100
Worcester, MA 01609
Phone: (508)754-1041
jsteven@attorneyfoley.com

Steven L. Woodrow*
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KEITH HOBBS, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COMMONWEALTH SERVICING GROUP, LLC, a Massachusetts limited liability company, and DMB FINANCIAL, LLC, a Massachusetts limited liability company,

    Defendants.

Case No. 19-cv-10408-NMG

Defendant, Commonwealth Servicing Group, LLC affirms, pursuant to Local Rule 16.1(D)(3), the following:

That Commonwealth Servicing Group, LLC has conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Representative of Commonwealth Servicing Group, LLC

_____
Daniel Ruggiero, counsel for the Defendants

RESPECTFULLY SUBMITTED

By: /s/ Daniel G. Ruggiero
Daniel G. Ruggiero, Esq.
275 Grove Street
Suite 2-400
Newton, MA 02466
339-237-0343
druggieroesq@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on ___6/20/19___, a true and correct copy of the foregoing was served upon all counsel and parties of record listed below by e-mail and U.S. first class mail.

/s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.

## SERVICE LIST

J. Steven Foley
Law Office of J. Steven Foley
11 Pleasant St. #100
Worcester, MA 01609
Phone: (508)754-1041
jsteven@attorneyfoley.com

Steven L. Woodrow*
Woodrow & Peluso, LLC
3900 E. Mexico Avenue, Suite 300
Denver, CO 80210
Phone: (720) 213-0675
Email: swoodrow@woodrowpeluso.com