UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Keith Hobbs</u>
    Plaintiff

        v.                 Civil Action No. 19-cv-10408-NMG

<u>Commonwealth Servicing Group, LLC et al</u>
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Gorton, D.J.</u>

    The Court having been advised by counsel for plaintiff that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within Thirty (30) days to reopen the action if

settlement is not consummated.

                                        By the Court,

                                        /S/ Leonardo T. Vieira

<u>3/9/2020</u>                                     _____
Date                                        Leonardo T. Vieira
                                            Docket Clerk